**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California  91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs,                                                                    JS-6
Trustees of the Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br>            Plaintiffs,<br>       v.<br>COMPLETE STREET SWEEP, INC.,<br>            Defendant. | CASE NO.:  CV 11-5343 JFW (FMOx)<br><br>**JUDGMENT** |

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Complete Street Sweep, Inc., a California corporation, the principal amount of $194,632.10, attorney's fees of $12,193.84 and costs of $513.75, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated:  October 11, 2011

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

463929